```
 1  GAIL SHIFMAN
    ShifmanGroup, Attorneys
 2  633 Battery Street, Ste. 635
    San Francisco, CA 94103
 3  Tel: (415) 551-1500
    Fax: (415) 788-6787
 4
    Attorneys for Defendant
 5  HOWE ELECTRIC, INC.

 6

 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          CASE NO. CR 05-0208 CRB

12              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER MODIFYING
13       vs.                           FILING DATE FOR PROPOSED JUROR
                                       QUESTIONNAIRE
14  VIDEO NETWORK COMMUNICATIONS       AND VOIR DIRE
    INC., ET AL.,
15
                Defendants.
16  _____/

17
         The parties have exchanged proposed juror questionnaires and
18
    voir dire and have now conducted one meet and confer regarding
19
    these documents and issues.  The parties have agreed to another
20
    meet and confer because it is believed that agreement can be
21
    reached on a number of areas allowing for the filing of jointly
22
    proposed juror questionnaires and/or voir dire narrowing the
23
    issues of dispute.  As a result, the parties need additional
24
    beyond November 17,2006, the date the Pre Trial Scheduling Order
25
    requires these filings, and stipulate and agree to file proposed
26
    ////
27

28
```

Juror Questionnaires and/or proposed Voir Dire by November 27, 2006.  IT IS SO STIPULATED.

Dated: November 17, 2006                    Dated: November 17, 2006

/s/ (Richard B. Cohen w/consent)                    /S/

---

Michael F. Wood                             Gail Shifman
RICHARD B. COHEN                            GAIL SHIFMAN
MICHAEL F. WOOD                             Attorney for Defendant
BRIAN J. STACK                              HOWE ELECTRIC, INC.
VICTOR ALI                                  (ON BEHALF OF ALL DEFENDANTS)
JASON M. KATZ
ALBERT SAMBAT
Trial Attorneys
Antitrust Division
U.S. Department of Justice

ORDER

    This matter having come before the Court upon the Stipulation of the parties,

    IT IS ORDERED that proposed Juror Questionnaires and/or Voir Dire shall be filed on November 27, 2006

Dated: November _20_, 2006

---

CHARLES R. BREYER
U.S. District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2