UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-05-0208 CRB |
| Plaintiff. | ) ~~[PROPOSED]~~ ORDER |
| v. | ) |
| VIDEO NETWORK COMMUNICATIONS INC., ET AL., | ) |
| Defendants. | ) |

For good cause shown, the United States shall be allowed to bring authorized Department of Justice personnel, contract staff, and appropriate computer and electronic display equipment into the courthouse to be used in the above-captioned case.

It is so ordered on this _14_ day of _May_____, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**CR–05-0208 CRB**               3