```
 1  MICHAEL F. WOOD (DCBN 376312)
    RICHARD B. COHEN (CSBN 79601)
 2  BRIAN J. STACK (OSBN 0069796)
    VICTOR ALI (CSBN 229544)
 3  JASON M. KATZ (OSBN 0076104)
    ALBERT SAMBAT (CSBN 236472)
 4  ANNA TRYON PLETCHER (CSBN 239730)
    Antitrust Division
 5  U.S. Department of Justice
    450 Golden Gate Avenue
 6  Box 36046, Room 10-0101
    San Francisco, California 94102
 7  Telephone (415) 436-6660
    Attorneys for the United States of America
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0208 CRB |
| Plaintiff. | |
| | ~~PROPOSED~~ ORDER |
| v. | |
| VIDEO NETWORK COMMUNICATIONS INC., ET AL., | |
| Defendants. | |

~~PROPOSED~~ ORDER

Upon consideration of the Motion of the United States, the charges in the Superseding Indictment against the following Defendants are hereby dismissed: Video Network Communications Inc., ADJ Consultants, Inc., Sema4, Inc., and Digital Connect Communications, Inc.

So Ordered this 11th day of June, 2007.

Charles R. Breyer
United States District Court Judge

**PROPOSED ORDER**
**CR-05-0208 CRB**

## CERTIFICATE OF SERVICE

I certify that on this 11th day of June 2007, I caused to be served the foregoing **Proposed Order** by electronically transmitting a true copy thereof to the person and/or office of the persons set forth below:

| | |
|---|---|
| Richard Mazer<br>richardbmazer@yahoo.com<br>Attorney for Defendant Earl Nelson | Alan A. Dressler<br>alandressler@aol.com<br>Attorney for Defendant Howe Electric, Inc. |
| Gail Shifman<br>gail@shifmangroup.com<br>Attorney for Defendant Howe Electric | Erik G. Babcock<br>Erik@babcocklawoffice.com<br>Attorney for Defendant Judy Green |
| Mark Rosenbush<br>markrosenbush@mindspring.com<br>Attorney for Defendant Allen Green | Geoffrey A. Hansen<br>Federal Public Defender<br>geoffrey.hansen@fd.org<br>Attorney for Defendant George Marchelos |
| Garrick S. Lew<br>gsl@defendergroup.com<br>Attorney for Defendant Steven Newton | Walter Brown<br>Wbrown@orrick.com<br>Attorney for Defendant William Holman |

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 11th of June 2007 at San Francisco, California.

/s/Richard B. Cohen
RICHARD B. COHEN
Trial Attorney

PROPOSED ORDER
CR-05-0208 CRB                        2